# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| RAIZA ROJAS, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:22-cv-72 |
| | * | |
| v. | * | |
| | * | |
| SANDI WEST, | * | |
| | * | |
| Respondent. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 5. Petitioner Raiza Rojas ("Rojas") did not file Objections to this Report and Recommendation. In fact, this Court's mailing was returned as undeliverable, with the notations: "Return to Sender, Refused by Women's PDC, No Record," "Released," and "Return to Sender, Not Deliverable as Addressed, Unable to Forward." Dkt. No. 6 at 1.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Rojas' 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus based on her failure to follow this Court's Order and Local Rules, and **DIRECTS** the Clerk of Court to **CLOSE** this

AO 72A
(Rev. 8/82)

case and enter the appropriate judgment of dismissal. The Court **DENIES** Rojas *in forma pauperis* status on appeal and a Certificate of Appealability.

    **SO ORDERED**, this ___5___ day of ___October___, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA